(122 So. 925)
### W. H. SPANN v. TOWN OF HARTFORD.
### (4 Div. 423.)

Court of Appeals of Alabama.    May 14, 1929.

E. C. Boswell, of Geneva, for appellant.
R. S. Ward, of Hartford, for appellee.

BRICKEN, P. J.  Reversed and remanded, on authority of Spann v. Hartford, ante, p. 17, 121 So. 436.

(125 So. 926)
### Hiram SQUIRES v. STATE.    (6 Div. 608.)

Court of Appeals of Alabama.  Dec. 10, 1929.

SAMFORD, J.  Appeal dismissed.

(128 So. 925)
### Lon STAGG v. STATE.
### 8 Div. 34.

Court of Appeals of Alabama.
May 27, 1930.

SAMFORD, J.
Affirmed.

(128 So. 925)
### Lon STAGGS v. STATE.
### 8 Div. 30.

Court of Appeals of Alabama.
June 10, 1930.

BRICKEN, J.
Affirmed.

(127 So. 926)
### James STAMEY, alias Stainley, v. STATE.
### 4 Div. 572.

Court of Appeals of Alabama.
April 8, 1930.

RICE, J.
Appeal dismissed.

(127 So. 926)
### Brit STANFIELD v. STATE.
### 7 Div. 604.

Court of Appeals of Alabama.
March 4, 1930.

See, also, ante, p. 60, 120 So. 467.

E. O. McCord & Son, of Gadsden, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

RICE, J.
Affirmed.

(122 So. 926)
### STATE v. Grady BOYETTE.    (3 Div. 630.)

Court of Appeals of Alabama.    May 28, 1929.

RICE, J.  Affirmed, on authority of State v. Jordan (3 Div. 632) ante, p. 129, 122 So. 183.

(119 So. 925)
### STATE v. C. E. GAINES.    (5 Div. 742.)

Court of Appeals of Alabama.    Jan. 8, 1929.

RICE, J.  Affirmed.